IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL NO.   08-_____ |
|---|---|---|
| v. | : | DATE FILED: _____ |
| DAVID HAND | : | VIOLATIONS: |
|  |  | 18 U.S.C. § 841(a)(1)(A) (possession of |
|  | : | cocaine base ("crack") with intent |
|  |  | to distribute - 1 count) |
|  | : | 18 U.S.C. § 841(a)(1)(C) (possession of |
|  |  | cocaine with intent to distribute - 1 count) |
|  | : | 18 U.S.C. § 922(g)(1) (convicted felon in |
|  |  | possession of firearm - 1 count) |
|  | : | Notices of forfeiture |

## INFORMATION

### COUNT ONE

**THE UNITED STATES ATTORNEY CHARGES THAT:**

On or about May 7, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID HAND**

knowingly and intentionally possessed with intent to distribute 50 grams or more, that is approximately 56.74 grams, of a mixture and substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(A).

## COUNT TWO

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 7, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID HAND**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1), (b)(1)(C).

## COUNT THREE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

On or about May 7, 2008, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**DAVID HAND,**

having been convicted in a court of the Commonwealth of Pennsylvania of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed in and affecting interstate and foreign commerce a firearm, that is, a silver/gray Ruger model P90, .45-caliber pistol, serial number 663-52312, loaded with eight .45-caliber rounds of ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE

**THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:**

As a result of the violation of Title 18, United States Code, Section 922(g)(1), set forth in this indictment, defendant

**DAVID HAND**

shall forfeit to the United States of America the firearm and ammunition involved in the commission of such offense, including, but not limited to, (1) a silver/gray Ruger model P90, .45-caliber firearm (serial #663-52312), with a silver magazine loaded with eight .45-caliber rounds of ammunition, (2) another silver magazine loaded with eight .45-caliber rounds of ammunition, and (3) one green box containing ten .45-caliber rounds of ammunition.

All pursuant to Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 924(d).

      **LAURIE MAGID**
      **Acting United States Attorney**